# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 17-24042-CIV-ALTONAGA/Goodman

ADDISON N. MARTIN, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

LYFT CAPITAL, INC.,

    Defendant.

**CLASS ACTION**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff, ADDISON N. MARTIN, individually and on behalf of all others similarly situated, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, LYFT CAPITAL, INC.

Defendant has not answered or moved for summary judgment.

Dated: February 13, 2018

Respectfully submitted,

*/s/ Sean Estes*
Sean Estes
Florida Bar No. 0055770
sestes@jameshoyer.com
JAMES HOYER, P.A.
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Telephone:   813-375-3700
Facsimile:   813-375-3710
*Local Counsel*

Earl P. Underwood, Jr.
Alabama Bar No. 6591-E35E
(*pro hac vice*)
epunderwood@alalaw.com
Kenneth J. Riemer

Alabama Bar No. 8172-I66K
(*pro hac vice*)
kjr@alaconsumerlaw.com
UNDERWOOD & RIEMER, P.C.
21 South Section Street
Fairhope, AL 36532
Telephone:  251-990-5558
Facsimile:  251-990-0626

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. was served by CM/ECF and/or e-mail on February 13, 2018, on all counsel or parties of record on the attached service list.

*/s/ Sean Estes*

Case No. 17-24042-CIV-ALTONAGA/Goodman

**SERVICE LIST**

Sean Estes
Florida Bar No. 0055770
JAMES HOYER, P.A.
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Telephone:	813-375-3700
Facsimile:	813-375-3710

Earl P. Underwood, Jr.
Alabama Bar No. 6591-E35E
(*pro hac vice*)
epunderwood@alalaw.com
Kenneth J. Riemer
Alabama Bar No. 8172-I66K
(*pro hac vice*)
kjr@alaconsumerlaw.com
UNDERWOOD & RIEMER, P.C.
21 South Section Street
Fairhope, AL 36532
Telephone:	251-990-5558
Facsimile:	251-990-0626

*Attorneys for Plaintiff*